UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

AMY GOODMAN, NICOLE SALAZAR,
and SHARIF ABDEL KOUDDOUS,

      Plaintiffs

  v.

CITY OF ST. PAUL, a municipal entity and political subdivision of the state of Minnesota; CITY OF MINNEAPOLIS, a municipal entity and political subdivision of the state of Minnesota; RAMSEY COUNTY, a political subdivision of the state of Minnesota; JOHN HARRINGTON, Chief of St. Paul Police Department, in his official and individual capacity; TIMOTHY DOLAN, Chief of Minneapolis Police Department, in his official and individual capacity; BOB FLETCHER, Sheriff of Ramsey County, Minnesota, in his official and individual capacity; BOBBY HALL, in his individual capacity as a Police Officer; JOHN DOE, an unidentified Secret Service Agent; and JOHN ROE 1-20, unidentified law Enforcement officers, in their official and individual capacities,

      Defendants.

ORDER
AS TO STIPULATION
FOR PLAINTIFFS'
TO FILE AMENDED
COMPLAINT

CIVIL ACTION NO.
0:10-cv-01966-JNE-AJB

---

**ORDER**

    This Court has before it the Parties Joint Stipulation to permit Plaintiffs to file and serve their Amended Complaint.  Based upon the Stipulation of all the Parties (Doc. No. 31) and for good cause shown, Plaintiffs are hereby GRANTED Leave to Amend their Complaint (Doc. No. 1), as set forth in their proposed Amended Complaint (Doc. No. 31, Exh. 1).

Plaintiffs shall file the Amended Complaint no later than ten (10) days from the date of this Order and shall serve the amended Complaint on any new parties to this proceeding within thirty (30) days from the date of filing the Amended Complaint.

Dated: September 27, 2010

           ___s/ Arthur J. Boylan_____
           The Honorable Arthur J. Boylan
           Chief United States Magistrate Judge