UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 10-1966 JNE/AJB

| | | |
|---|---|---|
| AMY GOODMAN, NICOLE SALAZAR and SHARIF ABDEL KOUDDOUS, | ) ) ) | |
| Plaintiffs, | ) ) | **FEDERAL DEFENDANTS' MOTION TO DISMISS** |
| v. | ) ) | **AMENDED COMPLAINT BASED IN PART ON** |
| CITY OF ST. PAUL, et al., | ) ) | **QUALIFIED IMMUNITY** |
| Defendants. | ) ) | |

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure,

Federal Defendants John Doe, an unnamed Secret Service Agent, and the United States of

America,  hereby move the Court for an order Dismissing the Amended Complaint for the

reasons explained in the accompanying Memorandum of Law.

Dated: November 8, 2010               B. TODD JONES
                                      United States Attorney

                                      s/ David W. Fuller

                                      BY: DAVID W.  FULLER
                                      Assistant U.S. Attorney
                                      Attorney ID Number 390922
                                      600 U.S. Courthouse
                                      300 S. Fourth Street
                                      Minneapolis, MN 55415
                                      (612) 664-5600
                                      david.fuller@usdoj.gov