UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 10-1966 JNE/AJB

| | |
|---|---|
| AMY GOODMAN, NICOLE SALAZAR and SHARIF ABDEL KOUDDOUS, <br><br>Plaintiffs, <br><br>v. <br><br>CITY OF ST. PAUL, et al., <br><br>Defendants. | **AMENDED NOTICE OF HEARING** |

TO:   All Counsel of Record

NOTICE IS HEREBY GIVEN that on Thursday, January 27, 2011 at 2:00 p.m., or as soon thereafter as counsel may be heard, before the Honorable Joan N. Ericksen presiding, Courtroom 12W, U.S. Courthouse, 300 South 4th Street, Minneapolis, Minnesota, the Court will hold a hearing on Federal Defendants' Motion to Dismiss Amended Complaint Based in Part on Qualified Immunity.

Dated: November 9, 2010

                                                    B. TODD JONES
                                                    United States Attorney

                                                    s/ David W. Fuller

                                                    BY: DAVID W. FULLER
                                                    Assistant U.S. Attorney
                                                    Attorney ID Number 390922
                                                    600 U.S. Courthouse
                                                    300 S. Fourth Street
                                                    Minneapolis, MN 55415
                                                    (612) 664-5600