# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# TELEPHONE CONFERENCE

Goodman, et al.,

        Plaintiff,

v.

City of St. Paul, et al.,

        Defendant.

**COURT MINUTES**
Case Number:  cv 10-1966 JNE/AJB

| | |
|---|---|
| Date: | 3/21/11 |
| Time Commenced: | 10:00 a.m. |
| Time Concluded: | 10:15 a.m. |
| Time in Court: | 15 Minutes |

Telephone Conference regarding protective order issue held before Arthur J. Boylan, United States Chief Magistrate District Judge, at St. Paul, Minnesota.


                                                                     s/ Kathy Thobe
                                                                     Judicial Assistant