UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| AMY GOODMAN, NICOLE SALAZAR, and SHARIF ABDEL KOUDDOUS, | Court File No. 10-CV-1966 SRN/AJB |
| Plaintiffs, | |
| vs. | |
| CITY OF ST. PAUL, et al., | |
| Defendants. | |

---

### STIPULATION OF DISMISSAL WITH PREJUDICE

---

The undersigned attorneys hereby advise the Court that all of Plaintiffs' claims in the above-entitled cause of action against Defendants and all of their agents and employees in every capacity have been fully compromised, settled and dismissed. Therefore,

IT IS HEREBY STIPULATED BY AND BETWEEN all the parties hereto, through their respective undersigned attorneys, that this entire lawsuit may be, and hereby is, dismissed on its merits and with prejudice, pursuant to the terms stated on the record before Chief Magistrate Judge Arthur J. Boylan on September 29, 2011, as memorialized in the settlement agreement among the parties, and pursuant to the terms of the Releases, and without additional costs or disbursements to any of the parties. The court shall retain jurisdiction 60 days from filing this Stipulation.

IT IS FURTHER STIPULATED, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all of Plaintiffs' claims, without costs or disbursements to any of the parties, may be entered herein.

Dated: January 19, 2012　　　　　　　　　　IVERSON REUVERS

　　　　　　　　　　　　　　　　　　　　　　By: s/Jason M. Hiveley
　　　　　　　　　　　　　　　　　　　　　　　　Jon K. Iverson, #146389
　　　　　　　　　　　　　　　　　　　　　　　　Jason M. Hiveley, #311456
　　　　　　　　　　　　　　　　　　　　　　　　9321 Ensign Avenue South
　　　　　　　　　　　　　　　　　　　　　　　　Bloomington, MN 55438
　　　　　　　　　　　　　　　　　　　　　　　　(952) 548-7200
　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

Dated: January 19, 2012　　　　　　　　　　GOINS LAW OFFICES, LTD.

　　　　　　　　　　　　　　　　　　　　　　By: s/Albert T. Goins
　　　　　　　　　　　　　　　　　　　　　　　　Albert T. Goins #126159
　　　　　　　　　　　　　　　　　　　　　　　　301 4th Avenue South, Ste. 378N
　　　　　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55415
　　　　　　　　　　　　　　　　　　　　　　　　(612) 339-3848
　　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*