UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil Action No. 10-1966 (SRN/AJB)

| | |
|---|---|
| AMY GOODMAN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) **NOTICE OF VOLUNTARY** |
| | ) **DISMISSAL** |
| CITY OF ST. PAUL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

NOTICE IS HEREBY GIVEN that the Plaintiffs in this matter hereby voluntarily dismiss with prejudice all claims against the following Defendants: Brian Luley, in his individual capacity as an agent of the United States Secret Service and John Doe, an unidentified Secret Service Agent, in his individual capacity.

Respectfully Submitted,

Dated: January 19, 2012

Albert T. Goins
Attorney ID Number:
Goins Law Offices, Ltd.
301 4th Ave Ste 378
Grain Exchange Building
Minneapolis, MN 55415
(612) 339-3848

*Attorney for Plaintiffs*