AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

AMY GOODMAN, NICOLE SALAZAR and
SHARIF ABDEL KOUDDOUS

**JUDGMENT IN A CIVIL CASE**

V.

Case Number: 10-CV-1966 SRN/AJB

CITY OF ST. PAUL, CITY OF MINNEAPOLIS, CITY OF WOODBURY, RAMSEY COUNTY, JOHN HARRINGTON, TIMOTHY DOLAN, BOB FLETCHER, JEFF HALL, DENNIS MILNER, SGT. SEAN MCGINTY, OFFICER (FIRST NAME UNKNOWN) POMEROY, SGT. (FIRST NAME UNKNOWN) NASSET, JOHN DOE, an unidentified Secret Service Agent, in his individual capacity; JOHN ROE 1-20, unidentified law enforcement officers, in their official and individual capacities, and the UNITED STATES OF AMERICA

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The above-entitled action may be, and the same hereby is, DISMISSED WITH PREJUDICE and on its merits and without costs or disbursements to any party.

| January 24, 2012 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/L. Brennan |
| | (By)   L. Brennan,   Deputy Clerk |