# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## TELEPHONE CONFERENCE

Goodman, et al.,

        Plaintiff,

v.

City of St. Paul, et al.,

        Defendant.

**COURT MINUTES**

Case Number:  cv 10-1966 JNE/AJB

| | |
|---|---|
| Date: | 3/20/12 |
| Time Commenced: | 3:30 a.m. |
| Time Concluded: | 3:40 a.m. |
| Time in Court: | 10 Minutes |

Telephone Conference held before Arthur J. Boylan, United States Chief Magistrate District Judge, at St. Paul, Minnesota.

Order to be issued.

                                                                                  s/ Kathy Thobe
                                                                                  Judicial Assistant