UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

AMY GOODMAN, ET AL.,                  Case No.  10-1966 SRN/AJB

      Plaintiffs,

                                                     ORDER

v.

CITY OF ST. PAUL, ET AL.,

      Defendants.

---

WHEREAS, the parties settled this matter on the 29th day of September, 2011, wherein said agreement was put on the record, and

WHEREAS, the Honorable Susan Richard Nelson entered an Order of Dismissal with Prejudice on January 23, 2012, retaining jurisdiction for 60 days from said date, and

WHEREAS, the undersigned held a telephone conference with the parties regarding an underlying issue on March 20, 2012,

NOW THEREFORE, IT IS HEREBY ORDERED THAT the Court shall continue to retain jurisdiction of the above matter until April 23, 2012.  The parties are directed to submit to the undersigned no later than 4:30 p.m. on March 30, 2012, a letter setting forth their view of the settlement.  The parties shall also provide the Court with a copy of transcript of the settlement which was placed on the record on September 29, 2011.

Dated:   March 20, 2012

                                                      s/ Arthur J. Boylan
                                                      ARTHUR J. BOYLAN
                                                      United States Chief Magistrate Judge