UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

AMY GOODMAN, ET AL.,            Case No. 10-1966 SRN/AJB

    Plaintiffs,

                                                                                                       ORDER

v.

CITY OF ST. PAUL, ET AL.,

    Defendants.

---

WHEREAS, this matter was settled and place on the Court's record on 29th day of September, 2011, and

WHEREAS, the Court by subsequent Order dated March 20, 2012, continued to retain jurisdiction of the above matter and directed the parties to supply the Court with letters detailing their disagreement as to the manner in which the agreed settlement was implemented,

NOW THEREFORE, the Court having reviewed the transcript of the settlement that was placed on the record on the 29th day of September, 2011, and having reviewed the submissions by the parties hereby makes the following finding:

The proposed educational materials prepared by the Defendants in furtherance of their obligations as set forth in the parties' settlement agreement, which educational materials were supplied to the Court as an exhibit to Plaintiff's letter of March 30, 2012, sufficiently meets the Defendant's obligations.

The Court further finds that the Defendants have appropriately presented the proposed protocol of educational topics and materials to Plaintiffs as agreed, and have further permitted the Plaintiffs to review and comment on the educational programs.

NOW THEREFORE, IT IS HEREBY ORDERED that the request by Plaintiffs that

the local Defendants further confer with Plaintiffs to make good faith efforts to develop and implement a mutually agreeable training protocol is **denied**.

Dated:   April 16, 2012

   s/ Arthur J. Boylan
ARTHUR J. BOYLAN
United States Chief Magistrate Judge