UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

AMY GOODMAN, ET AL.,            Civil No.  10-1966 SRN/AJB

    Plaintiffs,

    v.                                NOTICE

CITY OF ST. PAUL, ET AL.,

    Defendants.

On May 26, 2011, the Court ordered on the record that Plaintiffs submit their criminal records to the Court for *in camera* review, and further ordered that said documents be filed under seal and retained by the Clerk of Court.

The above matter having been dismissed on January 24, 2012, and pursuant to Local Rule 79.1, the Court intends to destroy Plaintiffs criminal records which were filed under seal in the above captioned matter unless otherwise notified by counsel within 30 days of the Notice.

If counsel intends to retrieve Plaintiffs criminal records previously filed under seal in this action, please contact my Judicial Assistant Kathy Thobe at 612-664-5470.  If the Court is not advised to proceed otherwise by May 15, 2013, the above referenced materials will be destroyed.

Dated:  April 11, 2013

                                                               s/ Arthur J. Boylan
                                                               Arthur J. Boylan
                                                               United States Chief Magistrate Judge